# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Hendrick Medical Center,

\* From the 104th District
  Court of Taylor County,
  Trial Court No. 25137-B.

Vs. No. 11-13-00320-CV

\* December 19, 2013

Texas Podiatric Medical Association;
Cory Brown, DPM; and Martin V.
Sloan, DPM,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered Hendrick Medical Center's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Hendrick Medical Center.